IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**LAWRENCE EUGENE SNEED,**

    **Plaintiff,**

**vs.**                                                               **CASE NO. 5:08CV81-SPM/AK**

**JAMES R. MCDONOUGH, et al,**

    **Defendants.**

_____/


## REPORT AND RECOMMENDATION

Plaintiff was directed to file an amended pleading by Order dated September 5, 2008, (doc. 28), and when no amended pleading was filed an Order to Show Cause was entered directing Plaintiff to respond on or before October 31, 2009.  (Doc. 32). Although Plaintiff provided a free world address on September 10, 2008, and the Order of September 5, 2008, was not mailed to this address, it was also not returned and the show cause order was mailed to the free world address and Plaintiff still did not respond.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has not complied with two orders of the Court

(docs. 28 and 32), or otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 10th day of February, 2009.

          s/ A Kornblum
          **ALLAN KORNBLUM**
          **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 5:08CV81-SPM/AK