IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE EUGENE SNEED,

    Plaintiff,

v.                                                           CASE NO. 5:08cv81-SPM/AK

JAMES R. MCDONOUGH, et al.,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 10, 2009 (doc. 33). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 33) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders.

DONE AND ORDERED this 6th day of August, 2009.

                                                          *s/ Stephan P. Mickle*
                                                       Stephan P. Mickle
                                                       Chief United States District Judge